**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>Adrian Lopez<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-mj-07790-DUTY<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of  Defendant                                      , IT IS ORDERED that a detention hearing is set for  December 23                      , 2025         , at  4:00      ☐a.m. / ☒p.m. before the Honorable  Maria A. Audero                              , in Courtroom  880                            .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or

_____ and produced for the hearing.

*(Other custodial officer)*

Dated:  12/17/2025

Honorable Maria A. Audero, U.S. Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**